Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV  89135
Telephone:  602-778-3724
Fax:  702-369-6888

*Attorneys for Defendant Hartford Life and Accident Insurance Company*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BAUTISTA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AS CLAIMS ADMINISTRATOR OF THE TREASURE ISLAND, LLC LONG-TERM DISABILITY PLAN; DOES 1 THROUGH V; AND ROE CORPORATIONS 1 THORUGH INLCUSIVE,,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-01247-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff Jose Bautista and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through their undersigned counsel, hereby stipulate and agree that the time in which Hartford may answer, move, or otherwise respond to Plaintiff's Complaint is extended by 30 days to and including October 4, 2023.

Counsel for Hartford was retained on August 21, 2023. Hartford's Answer is currently due September 4, 2023. This first request for extension is not sought for purposes of delay and is requested in good faith by the parties.

Dated this 28th day of August, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Kristina N. Holmstrom
Kristina N. Holmstrom
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888
*Attorneys for Defendant Hartford Life and Accident Insurance Company*


LAW OFFICE OF JULIE A. MERSCH

/s/ Julie A. Mersch
jam@merschlaw.com
428 S. 4th Street
Las Vegas, NV 89101
Telephone: 702-387-5868
Fax: 702-387-0109
*Attorney for Plaintiff Jose Bautista*

### ORDER
**IT IS SO ORDERED**

**DATED:** 3:04 pm, August 29, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Julie A. Mersch.

DATED this 28th day of August, 2023.

/s/ Rose S. Ramsey
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

58051602.v1-OGLETREE