Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
428 S. 4th Street
Las Vegas, NV  89101
(702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Jose Bautista*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE BAUTISTA,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator of the Treasure Island, LLC Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I thru inclusive,<br><br>　　　　　Defendant | CASE NO.: 2:23-cv-01247-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

TO THE HONORABLE COURT:

The parties to the above-entitled action have reached a settlement which disposes of this matter. The parties hereby stipulate that this action shall be dismissed in its entirety with prejudice as to all parties. Each party shall bear their own attorneys' fees and costs.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

The parties respectfully request that the Court vacate all case management deadlines.

**IT IS SO STIPULATED.**

DATED:  November 29, 2023    LAW OFFICE OF JULIE A. MERSCH

By:   /s/ Julie A. Mersch
JULIE A. MERSCH
jam@merschlaw.com
Nevada Bar No.: 004695
428 S. 4th Street
Las Vegas, NV 89101
*Attorney for Plaintiff Jose Bautista*

DATED:  November 29, 2023    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/  Kristina N. Holmstrom
KRISTINA N. HOLMSTROM
kristina.holmstrom@ogletree.com
10801 W. Charleston Blvd., Ste. 500
Las Vegas, NV 89135
*Attorneys for Defendant HARTFORD*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. IT IS SO ORDERED. The Clerk of Court is kindly instructed to close this case.

UNITED STATES DISTRICT JUDGE
Dated: November 29, 2023